JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
LENIN MORO

**FILED**

APR 16 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. Cr.S. 12-228-TLN |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE; EXCLUDING TIME** |
| LENIN MORO, | Date: May 9, 2013 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney NIRAV DESAI and Assistant Federal Defender COURTNEY FEIN, attorney for LENIN MORO, that the status conference set for April 19, 2013, be continued to May 9, 2013, at 9:30 a.m.

The reason for this continuance is that case was recently assigned from Judge Burrell to Judge Nunely.  Counsel was advised to continue this case by the court's request.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of this stipulation, April 11, 2013, through and including May 9, 2013 pursuant to 18 U.S.C. §3161(h)(7)(A)and(B)(iv) [reasonable

time to prepare] and Local Code T4 based upon continuity of counsel.

DATED: April 11, 2013           Respectfully submitted,

                                JOSEPH SCHLESINGER
                                Acting Federal Public Defender

                                /s/ Courtney Fein
                                COURTNEY FEIN
                                Assistant Federal Defender
                                Designated Counsel for Service
                                Attorney for LENIN MORO

DATED: April 11, 2013           BENJAMIN WAGNER
                                United States Attorney


                                /s/ Courtney Fein for
                                NIRAV DESAI
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 19, 2013, status conference be vacated and a status conference be set for May 9, 2013, at 9:30 a.m. Based on the representation of both defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time from the date of this stipulation April 11, 2013 up to and including the May 9, 2013, status conference shall be excluded from

computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 4/16/13

_____
TROY L. NUNLEY
United States District Judge

3